IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROLLERBLADE USA CORP., <br><br> Plaintiff, <br><br> v. <br><br> INCHWORM, INC., <br><br> Defendant. | Civil Action No. <br><br> 05 11001 EFH |

### CORPORATE DISCLOSURE STATEMENT

There is no parent corporation nor publicly held corporation that owns 10% or more of the stock of Rollerblade USA Corp.

Respectfully submitted,

ROLLERBLADE USA CORP.

Dated: May 13, 2005

Matthew B. Lowrie, BBO No. 563,414
Robert J. Silverman, BBO No. 633,164
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street - 11th Floor
Cambridge, MA 02142
Tel : 617-395-7000
Fax: 617-395-7070

764279.1