AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

ROLLERBLADE USA CORP.

V.

INCHWORM, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 11001 EFH

TO: (Name and address of Defendant)

Inchworm, Inc.
850 Albany Street
Boston, MA 02119

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Matthew B. Lowrie, Esq.
Lowrie, Lando & Anastasi, LLP
One Main Street
Cambridge, MA 02142

an answer to the complaint which is herewith served upon you, within [20] days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

MAY 16 2005

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | September 8, 2005 |
| NAME OF SERVER (PRINT) Robert J. Silverman, Esq. | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ G  Served personally upon the third-party defendant. Place where served: _____

☐ G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ G  Returned unexecuted: _____

☒ G  Other (specify):  Counsel for Defendant Inchworm, Inc., Lawrence Graham, Esq., accepted service on September 8, 2005.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  September 8, 2005
          Date

Signature of Server   Robert J. Silverman, Esq.

Lowrie, Lando & Anastasi, LLP
One Main Street.
Cambridge, MA 02142

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.