UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROLLERBLADE USA CORP., )<br>    Plaintiff, )<br>Vs. )<br> )<br>INCHWORM, INC., )<br> )<br>    Defendants. ) | CIVIL ACTION<br>NO. 05-11001-EFH |

## NOTICE OF APPEARANCE

To the Clerk of the Above-Named Court:

Please take notice of the appearance of Robert N. Feldman of the firm Birnbaum & Godkin, LLP, as local counsel for Defendant Inchworm, Inc.

    Respectfully submitted,

    INCHWORM INC.,

    By its attorneys,

    /s/ Robert N. Feldman
    Robert N. Feldman (BBO # 630734)
    BIRNBAUM & GODKIN, LLP
    280 Summer Street
    Boston, MA 02210
    Tel: (617) 307-6100
    Fax: (617) 307-6101

Dated: October 12, 2005