IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROLLERBLADE USA CORP.,      )<br><br>)<br>Plaintiff      )<br><br>)<br>v.      )<br><br>)<br>INCHWORM, INC.,      )<br><br>)<br>Defendant.      )<br>_____) | Civil Action. No. 05-cv-11001 (EFH) |
| INCHWORM, INC.,      )<br><br>)<br>Plaintiff      )<br><br>)<br>v.      )<br><br>)<br>ROLLERBLADE USA CORP.      )<br><br>)<br>Defendant.      )<br>_____) | Civil Action. No. 05-cv-11905 (EFH) |

**STATEMENT OF ROLLERBLADE USA CORP.**
**PURSUANT TO LOCAL RULE 16.1(d)(3)**

The undersigned authorized representative of Rollerblade USA Corp. ("Rollerblade") and

its counsel affirm that they have conferred:

(a)  with a view to establishing a budget for costs of conducting the full course -- and

various alternative courses -- of the litigation; and

- 2 -

(b) to consider the resolution of the litigation through the use of alternative dispute

resolution programs such as those outlined in L.R. 16.4.


ROLLERBLADE USA CORP.                    LOWRIE, LANDO & ANASTASI, LLP


/s/ Jeremy S. Stonier                            /s/ Emily A. Berger
Jeremy S. Stonier                                Matthew B. Lowrie, BBO No. 563,414
Vice President & General Manager                 Robert J. Silverman, BBO No. 633,164
3705 Quakerbridge Road                           Emily A. Berger, BBO No. 650,841
Suite 207                                        Riverfront Office Park
Hamilton, NJ  08619                              One Main Street, 11th Floor
Tel:  609-249-1700                               Cambridge, MA 02142
Fax:  609-249-1790                               Tel: 617-395-7000
                                                 Fax: 617-395-7070


Dated:  January 17, 2006                         Dated:  January 18, 2006