IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROLLERBLADE USA CORP., <br><br> Plaintiff <br><br> v. <br><br> INCHWORM, INC., <br><br> Defendant. | Civil Action. No. 05-cv-11001 (EFH) |
| INCHWORM, INC., <br><br> Plaintiff <br><br> v. <br><br> ROLLERBLADE USA CORP. <br><br> Defendant. | Civil Action. No. 05-cv-11905 (EFH) |

### STATEMENT OF ROLLERBLADE USA CORP. PURSUANT TO LOCAL RULE 16.1(d)(3)

The undersigned authorized representative of Rollerblade USA Corp. ("Rollerblade") and its counsel affirm that they have conferred:

    (a) with a view to establishing a budget for costs of conducting the full course -- and

        various alternative courses -- of the litigation; and

-2-

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

| ROLLERBLADE USA CORP. | LOWRIE, LANDO & ANASTASI, LLP |
|---|---|
| | /s/ |
| Jeremy S. Stonier | Matthew B. Lowrie, BBO No. 563,414 |
| Vice President & General Manager | Robert J. Silverman, BBO No. 633,164 |
| 3705 Quakerbridge Road | Emily A. Berger, BBO No. 650,841 |
| Suite 207 | Riverfront Office Park |
| Hamilton, NJ 08619 | One Main Street, 11th Floor |
| Tel: 609-249-1700 | Cambridge, MA 02142 |
| Fax: 609-249-1790 | Tel: 617-395-7000 |
| | Fax: 617-395-7070 |
| Dated: January ___, 2006 | Dated: January 18, 2006 |

- 2 -

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

| ROLLERBLADE USA CORP. | LOWRIE, LANDO & ANASTASI, LLP |
|---|---|
| *(signature)* | |
| Jeremy S. Stonier | Matthew B. Lowrie, BBO No. 563,414 |
| Vice President & General Manager | Robert J. Silverman, BBO No. 633,164 |
| 3705 Quakerbridge Road | Emily A. Berger, BBO No. 650,841 |
| Suite 207 | Riverfront Office Park |
| Hamilton, NJ 08619 | One Main Street, 11th Floor |
| Tel: 609-249-1700 | Cambridge, MA 02142 |
| Fax: 609-249-1790 | Tel: 617-395-7000 |
| | Fax: 617-395-7070 |
| Dated: January 17, 2006 | Dated: January ___, 2006 |