# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * * * * * * * * * * * * * * *

ROLLERBLADE USA CORP.,
               Plaintiff

                                           CIVIL ACTION NO.:
          v.                              05-11001-EFH

INCHWORM, INC.,
               Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * * *

## FINAL PRETRIAL CONFERENCE ORDER

January 18, 2006

HARRINGTON, S.D.J.

      The parties in the above-entitled case having conducted an Initial Scheduling Conference pursuant to Fed.R.Civ.P. 16(b) and Local Rule 16.1, the Court orders that the Final Pretrial Conference be held in Judge Harrington's courtroom (No. 13 on the 5th floor) at 11:00 A.M. on  Wednesday, April 11, 2007 .

      SO ORDERED.

                             /s/ Edward F. Harrington
                             EDWARD F. HARRINGTON
                             United States Senior District Judge