UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ROLLERBLADE USA CORP.,
                Plaintiff

v.

INCHWORM, INC.,
                Defendant.

CIVIL ACTION NO.:
05-11001-EFH

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*


\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

INCHWORM, INC.,
                Plaintiff

v.

ROLLERBLADE USA CORP., ET AL.,
                Defendants.

CIVIL ACTION NO.:
05-11905-EFH

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER OF CONSOLIDATION

January 18, 2006

HARRINGTON, S.D.J.

    The Court orders the consolidation of the two above cases.

    SO ORDERED.

                                      /s/ Edward F. Harrington
                                      EDWARD F. HARRINGTON
                                      United States Senior District Judge